

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 12, 2021

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Francisco Sanchez,*
       20 Mag. 13506

Dear Judge McCarthy,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed in advance of the defendant's presentment on January 14, 2021.

                          Very truly yours,

                          AUDREY STRAUSS
                        Acting United States Attorney

              by: _____
                    Benjamin A. Gianforti
                    Assistant United States Attorney
                    (914) 993-1919

SO ORDERED:

_____  1-13-21
JUDITH C. McCARTHY
United States Magistrate Judge